

# NUMBER 13-13-00171-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**M. OLIVEIRA D.M.E., INC.,** **Appellant,**

**v.**

**ABBOTT NUTRITION, DIV,**
**ABBOTT LABORATORIES, INC.,** **Appellee.**

### On appeal from the County Court at Law No. 1
### of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, M. Oliveria D.M.E., Inc., filed an appeal from a judgment entered by the County Court at Law No. 1 of Cameron County, Texas, in cause number 2011-CCL-1112-A. Appellant has filed a motion to dismiss the appeal on grounds the appeal is moot. Appellee has not filed a response to the motion to dismiss.

The trial court signed a judgment in favor of appellee and against appellant on December 14, 2012. The trial court subsequently granted appellant's timely motion for new trial on March 27, 2013, while it still had plenary jurisdiction over the case. *See* TEX. R. CIV. P. 329b (c), (e).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED as moot. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
2nd day of May, 2013.

2